**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01290-CV

### BIOTE MEDICAL, LLC, Appellant

### V.

### FORGET ABOUT IT, INC., GUNTHER MUELLER, DANIEL D. DENEUI, TERRI J. SURESH DENEUI, DUSTIN DENEUI, MICHAEL S. COLE, JANET COLE, SUTHERLAND SOLUTIONS, LLC, MARK P. BURNS, ANDREA C. JONES, NICOLE TURCOTTE, EVEXIAS CAPITAL, LLC, EVEXIAS HEALTH SOLUTIONS, LLC, EVEXIAS HOLDING CO, LLC, EVEXIAS HRT, LLC, F/K/A HORMONAL HEALTH AND WELLNESS CENTERS, LLC, EVEXIAS LORDSON II, LLC, EVEXIAS MEDICAL CENTERS, PLLC F/K/A TERRI SURESH ACNP, PLLC A/K/A HORMONAL HEALTH WELLNESS & SKIN CENTER A/K/A HORMONAL HEALTH WELLNESS AND AESTHETICS CENTER A/K/A HORMONAL HEALTH & WELLNESS, NILUS, LLC, NORTH AMERICAN CUSTOM LABORATORIES, LLC A/K/A PHARMAKEIO A/K/A FARMAKEIO, MARK STAR, AND GET WELL SCOTTSDALE, LLC, Appellees

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-18-01784-B

## ORDER

Before the Court is BioTe Medical, LLC's November 7, 2018 agreed motion to realign the parties. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to change the style of this case to Forget About It, Inc., Gunther Mueller, Daniel D. DeNeui, Terri J. Suresh DeNeui, Dustin DeNeui, Michael S. Cole, Janet Cole, Sutherland Solutions, LLC, Mark P. Burns, Andrea

C. Jones, Nicole Turcotte, Evexias Capital, LLC, Evexias Health Solutions, LLC, Evexias Holding Co., LLC, Evexias HRT, LLC, f/k/a Hormonal Health and Wellness Centers, LLC, Evexias Lordson II, LLC, Evexias Medical Centers, PLLC f/k/a Terri Suresh ACNP, PLLC a/k/a Hormonal Health Wellness & Skin Center a/k/a Hormonal Health Wellness and Aesthetics Center a/k/a Hormonal Health & Wellness, Nilus, LLC, North American Custom Laboratories, LLC a/k/a Pharmakeio a/k/a Farmakeio, Mark Star, and Get Well Scottsdale, LLC, Appellants/Cross-Appellees v. BioTE Medical, LLC, Appellee/Cross-Appellant.

/s/     ADA BROWN
           JUSTICE